```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 18-04296-RNO
Scot Alan Sappington                                               Chapter 13
            Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar              Page 1 of 1           Date Rcvd: Nov 16, 2018
                             Form ID: ntnew341          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db            +Scot Alan Sappington,    140 Pond Rd,    Felton, PA 17322-9227
5117939       +B J's,    Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
5117944       +Loan Depot,    26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
5117945        Market Place Loan Trust,    PO Box 1719,    Portland, OR 97207-1719
5125564       +Nelnet on behalf of ASA,    Po Box 16129,    St. Paul, MN 55116-0129
5131022       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 19:36:40
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
5117940        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 19:37:10     Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
5117941       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 16 2018 19:36:11
                Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
5119896       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 19:36:09
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5129162       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 19:37:12
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5127892        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 19:37:10
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5117942        E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 19:30:46     IRS,    Special Procedures,
                PO Box 12051,    Philadelphia, PA 19105
5126492        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 19:36:12
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5117943       +E-mail/Text: bk@lendingclub.com Nov 16 2018 19:31:42     Lending Club,    71 Stevenson Street,
                Suite 300,    San Francisco, CA 94105-2985
5117946        E-mail/Text: electronicbkydocs@nelnet.net Nov 16 2018 19:31:24     Nelnet,    PO Box 2970,
                Omaha, NE 68103-2970
5118336       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 19:36:11
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5117947        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 19:36:36     Sams Club,    PO Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Loandepot.Com, LLC bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com
              James H. Turner    on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com,
               notices@UpRightLaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scot Alan Sappington,
    **Debtor 1**

Chapter 13

Case No. 1:18−bk−04296−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 13, 2018<br>Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: November 16, 2018

ntnew341 (04/18)