```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-04296-RNO
Scot Alan Sappington                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1         Date Rcvd: Dec 17, 2018
                              Form ID: ntcnfhrg          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
```
db             +Scot Alan Sappington,    140 Pond Rd,     Felton, PA 17322-9227
5117939        +B J's,    Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
5117944        +Loan Depot,    26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
5141613        +LoanDepot.com, LLC,    c/o Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430
5117945         Market Place Loan Trust,    PO Box 1719,   Portland, OR 97207-1719
5125564        +Nelnet on behalf of ASA,    Po Box 16129,   St. Paul, MN 55116-0129
5131022        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2018 19:34:12
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5117940         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 17 2018 19:34:28      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
5117941        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 17 2018 19:34:13
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
5119896        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2018 19:34:32
                 Capital One Auto Finance, a division of,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5129162        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2018 19:34:32
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5127892         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 17 2018 19:34:28
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5117942         E-mail/Text: cio.bncmail@irs.gov Dec 17 2018 19:33:02     IRS,    Special Procedures,
                 PO Box 12051,    Philadelphia, PA 19105
5126492         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2018 19:34:14
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5117943        +E-mail/Text: bk@lendingclub.com Dec 17 2018 19:33:41     Lending Club,    71 Stevenson Street,
                 Suite 300,    San Francisco, CA 94105-2985
5117946         E-mail/Text: electronicbkydocs@nelnet.net Dec 17 2018 19:33:29     Nelnet,    PO Box 2970,
                 Omaha, NE 68103-2970
5118336        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2018 19:34:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5117947         E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2018 19:34:28     Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                             TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Loandepot.Com, LLC bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com
              James H. Turner    on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com,
               notices@UpRightLaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scot Alan Sappington,  Chapter 13

**Debtor 1**

Case No. 1:18−bk−04296−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 6, 2019 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 17, 2018 |

ntcnfhrg (03/18)