IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| SCOT SAPPINGTON | : CASE NO. 1:18-04296 |
| | : |
| | : CHAPTER 13 |

**CHANGE OF ADDRESS**

Please change the mailing address for **Scot Sappington** to the following:

      3 Scarborough Fair
      Stewartstown, PA 17363

      /s/ James H. Turner, Esquire
      James H. Turner
Date: 5/4/21      Turner and O'Connell
      915 N Mountain Road, Suite D
      Harrisburg, PA 17112