IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SCOT ALAN SAPPINGTON :
: CASE NO.: 1:18-bk-04296-HWV

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters his Appearance as Counsel in this matter on behalf of Scot Alan Sappington, Debtor.

Date: September 27, 2023

/s/Chad J. Julius
Chad J. Julius
I.D. No. 209496
Jacobson, Julius & Harshberger
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717-909-5858
717-909-7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SCOT ALAN SAPPINGTON :
: CASE NO.: 1:18-bk-04296-HWV

## CERTIFICATE OF SERVICE

I, Dera Shade, with JJH Law Firm, do hereby certify that on this day I served the within *Entry of Appearance* upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
1501 North 6th Street
Bankruptcy Courtroom 8, 4th Floor
Harrisburg, PA 17102

All creditors on the mailing matrix (attached).

DATED: September 27, 2023            /s/Dera L. Shade
                                     Dera Shade, Paralegal

Label Matrix for local noticing
0314-1
Case 1:18-bk-04296-HWV
Middle District of Pennsylvania
Harrisburg
Wed Sep 27 12:51:29 EDT 2023

Grassy Sprain Group
Suite C-11 #217
9858 Clint Moore Rd
Boca Raton, FL 33496-1034

Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093-7864

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Grassy Sprain Group
Suite C-11 No. 217
9858 Clint Moore Rd
Boca Raton, FL 33496
Grassy Sprain Group
Suite C-11 No. 33496-1034

Lending Club
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

Market Place Loan Trust
PO Box 1719
Portland, OR 97207-1719

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

B J's
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408
Educational Credit Management Corporatio
P.O. Box 16408
St. Paul, MN 55116-0408

IRS
Special Procedures
PO Box 12051
Philadelphia, PA 19105

Loan Depot
26642 Towne Centre Drive
Foothill Ranch, CA 92610-2808

Nelnet
PO Box 2970
Omaha, NE 68103-2970

Sams Club
PO Box 965005
Orlando, FL 32896-5005


Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Specialized Loan Servicing LLC
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Grassy Sprain Group
Suite C-11 No. 217
9858 Clint Moore Rd
Boca Raton, FL 33496-1034

LVNV Funding, LLC its successors and assigns
assignee of Capital One Bank (USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LoanDepot.com, LLC
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

Nelnet on behalf of ASA
Po Box 16129
St. Paul, MN 55116-0129

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

```
(p)JACK N  ZAHAROPOULOS              James H Turner                James H. Turner
ATTN CHAPTER 13 TRUSTEE              Turner and O'Connell          UpRight Law LLC
8125 ADAMS DRIVE SUITE A             915 N Mountain Road           915 N Mountain Road
HUMMELSTOWN PA 17036-8625            Suite D                       Suite D
                                     Harrisburg, PA 17112-1793     Harrisburg, PA 17112-1793

Scot Alan Sappington
3 Scarborough Fair
Stewartstown, PA 17363-9188
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC   Jack N Zaharopoulos
POB 12914                            Standing Chapter 13
Norfolk VA 23541                     (Trustee)
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Loandepot.Com, LLC                (d)Educational Credit Management Corporation  (d)PRA Receivables Management, LLC
                                     P.O. Box 16408                                PO Box 41021
                                     St. Paul, MN 55116-0408                       Norfolk, VA 23541-1021


(d)Specialized Loan Servicing LLC    End of Label Matrix
6200 S. Quebec Street                Mailable recipients    33
Greenwood Village, CO 80111-4720     Bypassed recipients     4
                                     Total                  37
```