In re:                                                         Case No. 18-04296-HWV

Scot Alan Sappington                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                          Page 1 of 3

Date Rcvd: Sep 28, 2023                   Form ID: 3180W                                        Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scot Alan Sappington, 3 Scarborough Fair, Stewartstown, PA 17363-9188 |
| 5117939 | + | B J's, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5117944 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 5117945 | | Market Place Loan Trust, PO Box 1719, Portland, OR 97207-1719 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 28 2023 22:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: tg@purchasedebt.com | Sep 28 2023 18:40:00 | Grassy Sprain Group, Suite C-11 #217, 9858 Clint Moore Rd, Boca Raton, FL 33496-1034 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2023 18:40:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 28 2023 18:40:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5117940 | | EDI: CAPITALONE.COM | Sep 28 2023 22:37:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5117941 | + | EDI: CAPONEAUTO.COM | Sep 28 2023 22:37:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 5119896 | + | EDI: AISACG.COM | Sep 28 2023 22:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5129162 | + | EDI: AISACG.COM | Sep 28 2023 22:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5127892 | | EDI: CAPITALONE.COM | Sep 28 2023 22:37:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5153170 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 28 2023 18:40:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5153171 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 28 2023 18:40:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5144060 | + | Email/Text: tg@purchasedebt.com | Sep 28 2023 18:40:00 | Grassy Sprain Group, Suite C-11 No. 217, 9858 Clint Moore Rd, Boca Raton, FL 33496, Grassy Sprain Group, Suite C-11 No. 33496-1034 |
| 5144059 | + | Email/Text: tg@purchasedebt.com | Sep 28 2023 18:40:00 | Grassy Sprain Group, Suite C-11 No. 217, 9858 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Clint Moore Rd, Boca Raton, FL 33496-1034 |
| 5117942 | | EDI: IRS.COM | Sep 28 2023 22:37:00 | IRS, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5126492 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 18:49:06 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5117943 | + | EDI: LENDNGCLUB | Sep 28 2023 22:37:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5141613 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 28 2023 18:40:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5117946 | | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2023 18:40:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 5125564 | ^ | MEBN | Sep 28 2023 18:37:44 | Nelnet on behalf of ASA, Po Box 16129, St. Paul, MN 55116-0129 |
| 5142541 | | EDI: PRA.COM | Sep 28 2023 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5118336 | + | EDI: RECOVERYCORP.COM | Sep 28 2023 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5117947 | | EDI: RMSC.COM | Sep 28 2023 22:37:00 | Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5211478 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2023 18:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5131022 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 28 2023 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5211479 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Scot Alan Sappington cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Loandepot.Com LLC bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com |
| James H. Turner | on behalf of Debtor 1 Scot Alan Sappington pat@turnerandoconnell.com notices@UpRightLaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scot Alan Sappington<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−3290<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18−bk−04296−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scot Alan Sappington

9/28/23

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2